UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 27 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Alford Rogers, )
)
    Plaintiff, )
)
v. ) Civil Action No. **11 1368**
)
Arthur Pittman, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a presumed resident of Rocky Mount, North Carolina, sues an individual located at 1600 Pennsylvania Avenue, Washington, D.C. (The White House). In a lengthy handwritten unpaginated complaint, plaintiff alleges, *inter alia*, that defendant "was hired by several presidents to assassinate the plaintiff . . . for the purpose of stealing inventions." Compl. at 1. The complaint includes many other bizarre and wholly incredulous allegations. A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

                                                                  /s/
                                                    United States District Judge

DATE: July 17, 2011